FILED

2015 DEC 22  PM 5: 39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2015 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>ROBERT CHILTON WILLIAMS, JR.<br>   aka "Robert Clifton Williams,"<br>   aka "Bobby,"<br><br>           Defendant. | CR No. 15- **CR15-0710**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about December 5, 2013, in Los Angeles County, within the Central District of California, defendant ROBERT CHILTON WILLIAMS, JR., also known as ("aka") "Robert Clifton Williams," aka "Bobby" ("WILLIAMS"), knowingly possessed firearms, namely, a Glock Model 21 .45 caliber semiautomatic pistol, bearing serial number SWG774; a Beretta Model 92F 9mm semiautomatic pistol, bearing serial number BER126386; a Marlin Glenfield Model 60 .22 caliber semiautomatic firearm, bearing serial number 19476030; a Stag Arms Model STAG-15

1  5.56mm semiautomatic AR-15 style rifle, bearing serial number 178565;
2  a Good Time Outdoors Model Core-15 .223 caliber semiautomatic AR-15
3  style rifle, bearing serial number GTOC032033; a Ruger Model Mini 14
4  .223 caliber semiautomatic rifle, bearing serial number 183-60855;
5  and ammunition, namely, approximately 1,203 rounds of ammunition of
6  various manufacture and caliber, in and affecting interstate and
7  foreign commerce.

8      Such possession occurred after defendant WILLIAMS had been
9  convicted of at least one of the following felony crimes, each
10  punishable by a term of imprisonment exceeding one year:

11      (1)  Deprivation of Custody of Child or Right to Visitation, in
12  violation of California Penal Code Section 278.5(a), on or about May
13  19, 2000, in the Superior Court for the State of California, County
14  of Los Angeles, Case Number BA164469; and
15  ///
16  ///
17  ///

1     (2)    Second Degree Burglary From a Vehicle, in violation of

2  California Penal Code Section 459, and Receiving Stolen Property, in

3  violation of California Penal Code Section 496(a), on or about

4  September 27, 2002, in the Superior Court for the State of

5  California, County of Los Angeles, Case Number VA064486.

6

7                              A TRUE BILL

8

9                         /S/

10                    _____
                      Foreperson

11

12  EILEEN M. DECKER
    United States Attorney

13

14  LAWRENCE S. MIDDLETON
    Assistant United States Attorney

15  Chief, Criminal Division

16  KEVIN M. LALLY
    Assistant United States Attorney

17  Chief, Organized Crime and Drug
        Enforcement Task Force Section

18

19  BENJAMIN R. BARRON
    Assistant United States Attorney

20  Deputy Chief, Organized Crime and
        Drug Enforcement Task Force Section

21  DAFFODIL TYMINSKI
    Assistant United States Attorney

22  Organized Crime and Drug Enforcement
        Task Force Section

23

24

25

26

27

28
                              3