# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

 FILED

CR15-0710

| | |
|---|---|
| Case Number | Defendant Number  1 |

2015 DEC 22  PM 5: 40

U.S.A. v.  Robert Chilton WILLIAMS, Jr.

Year of Birth  1972

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

[✓] Indictment      [ ] Information

Investigative agency (FBI, DEA, etc.)   HSI

**NOTE: All items are to be completed.  Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor      [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor      [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense    December 2013

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[✓] Los Angeles        [ ] Ventura

[ ] Orange             [ ] Santa Barbara

[ ] Riverside          [ ] San Luis Obispo

[ ] San Bernardino     [ ] Other _____

Citation of Offense _____

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No      [ ] Yes

IF YES   Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**CASE** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:   N/a

Case Number    N/a

Charging    N/a

The complaint:          [✓] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [✓] No      [ ] Yes

IF YES, provide, Name: _____

Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*            [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*            [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**        [✓] Yes       [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

_____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*            [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*            [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes      [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?      [ ] YES      [✓] NO

IF YES, list language and/or dialect:

_____

**OTHER**

[✓] Male              [ ] Female

[✓] U.S. Citizen      [ ] Alien

Alias Name(s)   Bobby _____

This defendant is charged in:      [✓] All counts

[ ] Only counts: _____

[ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

[ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?      [ ] Yes      [✓] No

IF YES, should matter be sealed?   [✓] Yes   [ ] No

The area of substantive law that will be involved in this case includes:

[ ] financial institution fraud      [ ] public corruption

[ ] government fraud                 [ ] tax offenses

[ ] environmental issues             [ ] mail/wire fraud

[ ] narcotics offenses               [ ] immigration offenses

[✓] violent crimes/firearms          [ ] corporate fraud

[ ] Other _____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?      [ ] Yes      [ ] No

d. Is on bail or release from another district:

_____

Defendant is **in** custody:

a. Place of incarceration:   [ ] State   [ ] Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:

_____

d. [ ] Solely on this charge.  Date and time of arrest:

_____

e. On another conviction:   [ ] Yes   [ ] No

   IF YES :   [ ] State   [ ] Federal   [ ] Writ of Issue

f. Awaiting trial on other charges: :   [ ] Yes   [ ] No

   IF YES :   [ ] State   [ ] Federal   AND

   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20   _____ 21   _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

_____

_____

Date   December 21, 2015 _____

Signature of Assistant U.S. Attorney

Daffodil Tyminski
Print Name