FILED
2016 JAN 14  PM 12:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___MAP___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V. PLAINTIFF | CR 15-0710 |
| Robert Williams DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 1/13/2016  2:45  ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 922(g)(1)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1972

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Gullard

10. Remarks (if any): N/A

11. Name: Travis Donaldson (please print)

12. Office Phone Number: (562) 446-7101

13. Agency: HSI

14. Signature: [signed]

15. Date: 1/14/2016