# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
Robert Chilton Williams, Jr.
Defendant.

Western Division

Case Number: 2:15-CR-00710-UA
Initial App. Date: 01/14/2016
Initial App. Time: 2:00 PM

Indictment
Custody

Date Filed: 12/22/2015
Violation: 18 USC 922 (g) (1)

CourtSmart/ Reporter: CS 1-14-16

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Patrick J. Walsh**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Martinez, Isabel — Deputy Clerk | Daffodil Tyminski — Assistant U.S. Attorney | None — Interpreter/Language

[ ] INITIAL APPEARANCE NOT HELD - CONTINUED
[x] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and [x] preliminary hearing OR [ ] removal hearing / Rule 20.
[x] Defendant states true name [x] is as charged [ ] is _____
[ ] Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
[x] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
[x] Attorney: Rachel Rossi, DFPD [x] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
   [ ] Special appearance by: _____
[x] Government's request for detention is: [ ] GRANTED [ ] DENIED [ ] WITHDRAWN [x] CONTINUED
[x] Defendant is ordered: [ ] Permanently Detained [x] Temporarily Detained (see separate order).
[ ] BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
[ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
[ ] Preliminary Hearing waived.
[ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
[ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
[ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for
   District Judge _____ for the setting of further proceedings.
[ ] Preliminary Hearing set for _____ at 4:30 PM _____
[ ] PIA set for: _____ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana
[ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
[ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
[ ] Defendant executed Waiver of Rights. [ ] Process received.
[ ] Court ORDERS defendant Held to Answer to _____ District of _____
   [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
   [ ] Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
   [ ] Warrant of removal and final commitment are ordered stayed until _____
[x] Case continued to (Date) 1-15-16 (Time) 11:00 AM / PM
   Type of Hearing: detn. hrg. Before Judge Walsh / Duty Magistrate Judge.
   Proceedings will be held in the [x] Duty Courtroom 34 [ ] Judge's Courtroom _____
[x] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
[ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
[ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
[ ] RELEASE ORDER NO: _____
[x] Other: Discussion at sidebar held. Defendant argues for bail. Detention cont. continued.

[ ] PSA  [ ] USPO  [ ] FINANCIAL  [ ] READY
Deputy Clerk Initials: IM

M-5 (10/13)   CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE   Page 1 of 1

Travis Donaldson, Homeland Security, testifies.

1/14/2016