# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. **CR 15-710-CAS**  CourtSmart **CS 1-15-16**  Date: **January 15, 2015**

Present: The Honorable **PATICK J. WALSH**, U.S. Magistrate Judge

| Isabel Martinez | Daffodil Tyminski | N/A |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter / Language |

USA v. **ROBERT CHILTON WILLIAMS, JR.**

Attorney Present for Defendant: **DFPD Rachel Rossi**

☑ Present  ☑ Custody  ☐ Bond  ☐ Not present     ☑ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present

**PROCEEDINGS: DETENTION HEARING**

☑ Government's request for detention is: ☐ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☑ CONTINUED
☐ Witnesses CST (see separate list).    ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
  ☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____.  ☐ SEE ATTACHED COPY OF CR-01 BOND FORM **FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐ a.m. / ☐ p.m. in Courtroom _____ before Judge _____
☑ Court orders case continued to **1-21-16** at **10:30** ☑ a.m. / ☐ p.m. for **Detention Hearing**, in Courtroom **23 (3rd floor) 312 bldg.** before Judge **Walsh**
☐ Release Order Issued - Release No. _____
☐ Other: _____

**PROCEEDINGS:**  ☐ REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING
 ☐ NEBBIA HEARING

Hearing on ☐ Plaintiff's ☐ Defendant's request for review / reconsideration of bail / detention order had and request is:
  ☐ GRANTED  ☐ DENIED
Court ORDERS bail as to the above-named defendant ☐ modified to ☐ set at: $ _____
  ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.
☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).    ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
  ☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☐ Other _____

Release Order Issued - Release No. _____      : 15

Deputy Clerk Initials **IM**

M-46 (06/10)  MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING