KSV

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR **CR15-0710 - CAS** |
| v. | | |
| ROBERT CHILTON WILLIAMS, JR. akas: Robert Clifton Williams, Bobby | | **WARRANT FOR ARREST** |
| 72550-112 | Defendant(s) | |

handwritten: fr#. 06474/24

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest **ROBERT CHILTON WILLIAMS, JR., akas: Robert Clifton Williams, Bobby**

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint  ☒ Indictment  ☐ Information  ☐ Order of Court  ☐ Probation Violation Petition  ☐ Violation Notice

Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Felon in Possession of Firearms and Ammunition**

FILED
CLERK, U.S. DISTRICT COURT
JAN 1 9 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
U.S. MARSHALS SERVICE
LOS ANGELES, CA 90012
16 JAN -4 AM 3:50

in violation of the following Title, United States Code, Section(s)
18 U.S.C. § 922(g)(1):

| Kiry K. Gray | December 22, 2015 LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | BY: **KAREN L. STEVENSON** |
| TITLE OF ISSUING OFFICER | NAME OF JUDICIAL OFFICER |
| /s/ Marilyn Davis | |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

stamp: ARRESTED WITHIN THE C/CA
BY: KSV
ON: 1/14/16
SIGNED: _____

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)  PAGE 1 OF 2