Name & Address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:15-CR-00710-CAS |
| v. | |
| ROBERT CHILTON WILLIAMS, JR., | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☑ District Judge  Christina A. Snyder

☐ Magistrate Judge

on  January 28, 2016  at  12:00  ☐ a.m.  ☑ p.m.

in courtroom  5 .

☐ is not approved.

☐ Other:

    An interpreter is  ☐ required  ☑ is not required.  Language
    Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| January 26, 2016 | C. Jeang /S/ | (213) 894-3433 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☐ Probation  ☐ Interpreter's Office  ☑ PSA.