# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR15-710-CAS | | Date | January 28, 2016 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | | |
| Interpreter | N/A | | | |

| Catherine M. Jeang | Laura Elias | Daffodil Tyminski |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ROBERT CHILTON WILLIAMS, JR. | X | X | | RACHEL ROSSI, DFPD | X | X | |

**Proceedings:** HEARING ON APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (Filed 01/22/16)[14]

    Hearing held and counsel are present. Pretrial Service Officer, Denisse Mirkin, is also present. The Court confers with counsel and the Pretrial Service Officer, as stated in Court and on the record. The Court hereby denies setting conditions of release without prejudice.

|  |  | 00 | : | 10 |
|---|---|---|---|---|
|  | Initials of Deputy Clerk |  | CMJ |  |

cc: Denisse Mirkin, Pretrial Services