# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR15-710-CAS | | Date | February 22, 2016 |
|---|---|---|---|---|

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Interpreter | N/A |
|---|---|

| Connie Lee | Laura Elias | Daffodil Tyminski |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ROBERT CHILTON WILLIAMS, JR. | X | X | | RACHEL ROSSI, DFPD | X | X | |

**Proceedings:**     STATUS CONFERENCE

　　　Hearing held and counsel are present.  The Court confers with counsel as stated in Court and on the record.  Pursuant to counsel's request, the Court hereby sets a Change of Plea hearing on **February 25, 2016 at 12:30 p.m.** as to this defendant.

| | 00 | : | 03 |
|---|---|---|---|
| Initials of Deputy Clerk | | CL | |