HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
RACHEL ALEXANDRA ROSSI (Bar No. 266732)
(E-Mail: Rachel_Rossi@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERT CHILTON WILLIAMS, JR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 15-CR-710-CAS-1 |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| ROBERT CHILTON WILLIAMS, JR., | |
| Defendant. | |

THIS MATTER having come before the court by way of an ex parte application for an order:

(1) relieving Deputy Federal Public Defender Rachel A. Rossi, and the Office of Federal Public Defender, as counsel of record for defendant Robert Chilton Williams, Jr., and

(2) appointing Mark Windsor from the Indigent Defense Panel to represent Robert Chilton Williams, Jr. in this matter,

///
///
///
///
///

and GOOD CAUSE having been shown for said relief, IT IS SO ORDERED.

DATED: May 26, 2016

*[signature: Christina A. Snyder]*
HONORABLE CHRISTINA A. SNYDER
United States District Judge

Presented By:

*/s/Rachel A. Rossi*
RACHEL A. ROSSI
Deputy Federal Public Defender

2