MARK WINDSOR, Cal. Bar No. 190589
1 South Fair Oaks Avenue, Suite 401
Pasadena, CA 91105
Tel: (626) 792-6700
Fax: (626) 956-8900
Email: mark@windsorlaw.us

Attorney for Defendant ROBERT CHILITON WILLIAMS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 15CR0710-CAS |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| ROBERT CHILTON WILLIAMS, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing in this matter be continued from June 27, 2016 at 2:30 p.m. to September 12, 2016 at 2:00 p.m.  Defendant is ordered to be present on September 12, 2016 at 2:00 p.m., unless advised otherwise by his attorney of record.

IT IS SO ORDERED.

DATED: June 21 2016

_____
HONORABLE CHRISTINA A. SNYDER
United States District Judge

Cc: PSA, USPO

- 1 -