EILEEN DECKER
United States Attorney
LAWRENCE MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2433
     Facsimile: (213) 894-0142
     E-mail:    mark.childs@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-710-CAS |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| ROBERT CHILTON WILLIAMS, JR., | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Defendant Robert Chilton William's sentencing hearing is continued from September 12, 2016 to January 30, 2017 at 2:00 p.m. Defendant is ordered to be present on January 30, 2017 at 2:00 p.m., unless advised otherwise by his attorney of record.

September 9, 2016                          *[signature]*

DATE                                      HONORABLE CHRISTINA A. SNYDER
                                          UNITED STATES DISTRICT JUDGE

Cc:  Pretrial Services

     U.S. Probation